UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-14358-ROSENBERG/LYNCH

SANTIAGO ABREU,

    Plaintiff,

vs.

CRAVINGS, INC. d/b/a CRAVINGS BY MAIL,

    Defendants(s).
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, SANTIAGO ABREU ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, CRAVINGS, INC., have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The parties respectfully request twenty-one (21) days to finalize the settlement documents and file proper pleadings to close this matter out.

Respectfully submitted this 11th day of November, 2016.

    BY: /s/ Peter S. Leiner
    Jason S. Weiss
    Jason@jswlawyer.com
    Florida Bar No. 356890
    Peter S. Leiner
    Peter@jswlawyer.com
    Florida Bar No. 104527
    **WEISS LAW GROUP, P.A.**
    5531 N. University Drive, Suite 103
    Coral Springs, FL 33067
    Tel: (954) 573-2800
    Fax: (954) 573-2798
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                  BY:   /s/ Peter S. Leiner
                                             Jason S. Weiss
                                             Jason@jswlawyer.com
                                             Florida Bar No. 356890
                                             Peter S. Leiner
                                             Peter@jswlawyer.com
                                             Florida Bar No. 104527