UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-14358-ROSENBERG/LYNCH

SANTIAGO ABREU,

    Plaintiff,

vs.

CRAVINGS, INC. d/b/a CRAVINGS BY MAIL,

    Defendants(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, SANTIAGO ABREU, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal of this Action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.  Defendant, CRAVINGS, INC. d/b/a CRAVINGS BY MAIL ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2.  This case shall be dismissed against Defendant with each party bearing their own attorneys' fees and costs.

Dated November 16, 2016        BY:  /s/ Peter S. Leiner
                                                   Jason S. Weiss
                                                   Jason@jswlawyer.com
                                                 Florida Bar No. 356890
                                                 Peter S. Leiner
                                                 Peter@jswlawyer.com
                                                 Florida Bar No. 104527
                                                 **WEISS LAW GROUP, P.A.**
                                                 5531 N. University Drive, Suite 103
                                                 Coral Springs, FL 33067
                                                 Tel: (954) 573-2800
                                                 Fax: (954) 573-2798
                                                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                BY: /s/ Peter S. Leiner
                                     Jason S. Weiss
                                     Jason@jswlawyer.com
                                     Florida Bar No. 356890
                                     Peter S. Leiner
                                     Peter@jswlawyer.com
                                     Florida Bar No. 104527